## The Chicago Journal Company, Plaintiff in Error, v. Union Life Insurance Company, Defendant in Error.

### Gen. No. 19,045. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HENRY C. BEITLER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 26, 1914.

### Statement of the Case.

Action by Chicago Journal Company against Union Life Insurance Company to recover a sum claimed to be due upon a written contract signed by "Union Life Ins. Co., By E. C. Spinney, Pt." The contract was in the form of a letter addressed to plaintiff stating plaintiff was authorized to make a half-tone engraving of Spinney and print the same, including a brief biography of him as "Pres. Union Life Ins. Co." Upon a trial without a jury, the court found the issues for defendant, and from the judgment entered thereon plaintiff brings error.

HORACE C. BENNETT, for plaintiff in error; ENOCH HARPOLE, of counsel.

EASTMAN & WHITE, for defendant in error; RALPH R. HAWXHURST, of counsel.

MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.

### Abstract of the Decision.

CORPORATIONS, § 357*—*authority of president to contract for personal advertisement*. In an action by a newspaper corporation to recover for publishing a picture and biography of the president of an insurance company under a written request signed by the president in the name of the insurance company, a finding and judgment for defendant *held* proper, there being no evidence tending

to prove that the president was authorized to contract for the publication at the expense of the corporation, and it appearing that the publication contracted for was purely a personal advertisement of the president and not for the purpose of advertising the business of the company.

## The People of the State of Illinois ex rel. Mary Bobola, Defendant in Error, v. Andrew Madaj, Plaintiff in Error.

### Gen. No. 18,413. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding. Heard in the Branch Appellate Court at the March term. Affirmed. Opinion filed March 26, 1914.

### Statement of the Case.

Complaint by The People of the State of Illinois *ex rel.* Mary Bobola against Andrew Madaj alleging that said Mary Bobola was an unmarried woman and was delivered of a female child and that defendant was the father of the child. Defendant plead not guilty, a trial by jury was waived and the court found the defendant guilty. The court entered judgment on the finding and further adjudged that the defendant pay the sum of five hundred and fifty dollars for the support, maintenance and education of the child. To reverse the judgment, defendant prosecutes error.

GEORGE REMUS, for plaintiff in error.

MACLAY HOYNE, for defendant in error; ZACH HOFHEIMER, of counsel.

MR. JUSTICE GRIDLEY delivered the opinion of the court.